2/24 LOCAL FORM 2A

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF MAINE**

IN RE: Chapter 13

CHAD W. GARCEAU

Debtor(s) Case No. 26-10217

**NOTICE OF HEARING ON CONFIRMATION OF CHAPTER 13 PLAN**

Confirmation of the debtors' Chapter 13 Plan, a copy of which accompanies this notice, will be heard before the United States Bankruptcy Court for the District of Maine, 202 Harlow Street, Bangor, ME 04401 on

December 10, 2026 at 9:00 am

**YOUR RIGHTS MAY BE AFFECTED. Read the attached plan carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.**

Any order of confirmation will be binding on all parties pursuant to 11 U.S.C. § 1327, except as provided by 11 U.S.C. § 1329. If you do not object to the plan, no action is required by you.

If you object to the plan or if you wish to be heard on any matter affected by the plan, you must file a written objection or other written statement with the Clerk, United States Bankruptcy Court, 202 Harlow Street, Bangor, ME 04401 before the close of business on December 3, 2026.

If you file an objection or statement, you should also appear at the hearing on the date and time set forth above. If you or your attorney do not file a written response and appear at the hearing, the Court may confirm the plan according to its terms.

A copy of your objection or statement must be sent to the Debtor / Debtor's Counsel, the Standing Chapter 13 Trustee, and the United States Trustee, at the addresses set forth below.

| | | |
|---|---|---|
| J. Scott Logan, Esq. | Standing Chapter 13 Trustee | United States Trustee |
| 305 Main Street | P.O. Box 429 | 537 Congress Street |
| Yarmouth, ME 04096 | Brunswick, ME 04011 | Portland, ME 04101 |

Dated at Portland, Maine, this 2nd day of November 2026

LAW OFFICE OF J. SCOTT LOGAN, LLC
By: /s/ J. Scott Logan
J. Scott Logan, Esq.
Counsel for Debtors
305 Main Street
Yarmouth, ME 04096
(207) 699-1314