2/24 LOCAL FORM 2C

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

IN RE: Chapter 13
CHAD W. GARCEAU,

Debtor(s) Case No. 26-10217

**CERTIFICATE OF SERVICE OF NOTICE OF HEARING ON CONFIRMATION OF CHAPTER 13 PLAN**

I, J. Scott Logan, hereby certify that I am over eighteen years old and on November 2, 2026, I filed a true and correct copy of the notice of hearing on the confirmation of the Chapter 13 Plan via the Court's CM/ECF electronic filing system.

I further certify that a copy of the above-referenced notice was served on the following parties via the form of service indicated below. To the extent that any of the following circumstances apply, I have checked each applicable box, and identified the manner in which service was accomplished.

The Chapter 13 Plan contains a request for a determination of the amount of one or more secured claims under 11 U.S.C. § 506(a) or seeks to avoid one or more liens under § 522(f), and was served in accordance with Fed. R. Bankr. P. 7004 as follows (list each creditor served, as indicated):

| **Creditor Name and Address** | **Method of Service** | **Applicable Subsection of Fed. R. Bankr. P. 7004(b):** |
|---|---|---|

X The following additional interested parties (if any) were served a copy of the above referenced notice and the Chapter 13 Plan:

| **Interested Party Name and Address** | **Method of Service** | **Applicable Subsection of Fed. R. Bankr. P. 7004(b):** |
|---|---|---|

| | | |
|---|---|---|
| all parties on the attached certificateofservice.com matrix | First class mail postage prepaid | Fed. R. Bankr. P. 7004(b) |

Dated: November 2, 2026

By: /s/ J. Scott Logan, Esq.____

Law Office of J. Scott Logan, LLC
305 Main Street
Yarmouth, ME 04096
207-699-1314