2/24 LOCAL FORM 2B

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF MAINE**

IN RE: Chapter 13

CHAD W. GARCEAU,

Debtor(s) Case No. 26-10217

**ORDER CONFIRMING CHAPTER 13 PLAN**

The debtor filed a Chapter 13 Plan (D.E 2) on September 30, 2026. The Chapter 13 Plan and Notice of Hearing on Confirmation were transmitted to creditors and other parties in accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure and this Court's Local Rules.

At or before the hearing on confirmation, the debtor(s) modified the plan under 11 U.S.C. § 1323 as follows:

1. N/A.

After notice and opportunity for hearing, the Court concludes that the plan (as modified, if applicable) meets the requirements of 11 U.S.C. § 1325. It is therefore ORDERED that the plan is confirmed under section 1325.

Dated:

Hon. Michael A. Fagone
United States Bankruptcy Judge