Certificate Number: 14912-ME-DE-041674027

Bankruptcy Case Number: 26-10217

14912-ME-DE-041674027

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 13, 2026, at 12:59 o'clock PM EST, Chad Garceau completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Maine.

Date: November 13, 2026

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor